IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JAMES R WISE, | ) Civil Action No. 2:25-CV-01670-CBB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) United States Magistrate Judge |
| | ) Christopher B. Brown |
| MILWAUKEE ELECTRIC TOOL | ) |
| CORPORATION, MIDWEST MOTOR | ) |
| SUPPLY CO., | ) |
| | ) |
| Defendants, | |

**ORDER**
**ON DEFENDANT MILWAUKEE ELECTRIC TOOL CORPORATION'S
PARTIAL MOTION TO DISMISS, ECF NO. 12**

**AND NOW, this 30th day of June, 2026,**

Upon consideration of Defendant Milwaukee Electric Tool Corporation's

("Milwaukee Tool") Partial Motion to Dismiss, ECF No. 12, IT IS HEREBY

ORDERED that the Motion to Dismiss is DENIED, as set forth in the

accompanying Memorandum Opinion.   Milwaukee Tool may reassert its argument

regarding punitive damages at summary judgment.


BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge